UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA L. STYPECK,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY RICHARD SCHRAM; SHERIFF MIKE HUMPHREYS; WALLA WALLA COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | NO. CV-09-5001-RHW<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation Re: Dismissal With Prejudice (Ct. Rec. 61). The parties indicate that they have settled the above-captioned case and ask the Court to dismiss Plaintiff's Third Amended Complaint, with prejudice and with each party bearing their own attorneys fees and costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Re: Dismissal With Prejudice (Ct. Rec. 61) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and with each party bearing their own attorneys fees and costs.

///

///

///

**ORDER GRANTING STIPULATION RE: DISMISSAL WITH PREJUDICE**~1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff.

**DATED** this 1st day of November, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Stypeck\dismiss.wpd

**ORDER GRANTING STIPULATION RE: DISMISSAL WITH PREJUDICE~2**